PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-1921, 09-2989 & 09-2991

_____

JOEL S. ARIO,
Insurance Commissioner of the
Commonwealth of Pennsylvania,
in his official capacity as the statutory liquidator
of Legion Insurance Company (in liquidation);
*PEPPER HAMILTON, LLP,

Appellant (09-1921)

v.

THE UNDERWRITING MEMBERS OF SYNDICATE
53 AT LLOYDS FOR THE 1998 YEAR OF ACCOUNT

Cross-Appellants (09-2991)
*(Pursuant to F.R.A.P. 12(a) (09-2989 only))

_____

No. 09-1922, 09-2990 & 09-2992

_____

JOEL S. ARIO,
Insurance Commissioner of the
Commonwealth of Pennsylvania,
in his official capacity as the statutory liquidator
of Villanova Insurance Company (in liquidation);
*PEPPER HAMILTON, LLP,

Appellant (09-1922)

v.

THE UNDERWRITING MEMBERS OF SYNDICATE
53 AT LLOYDS FOR THE 1998 YEAR OF ACCOUNT

Cross-Appellants (09-2992)
*(Pursuant to F.R.A.P. 12(a) (09-2990 only))

_____

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 1–08-cv-01619/20)
District Judge: Honorable William W. Caldwell

_____

Argued March 10, 2010

_____

Before: AMBRO, SMITH and ALDISERT, Circuit Judges

(Opinion filed August 18, 2010)

## ORDER  AMENDING  PRECEDENTIAL  OPINION

AMBRO, Circuit Judge

IT IS NOW ORDERED that the published Opinion in the above case filed August 18, 2010, be amended as follows:

One page 13, first partial paragraph, line 2, insert "the" before the word "Convention's".

One page 13, first partial paragraph, line 3, change "applies" to "apply".

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated:        December 7, 2010